■ John P. Morgan, Plaintiff, v Preinsulated Piping Systems, Inc., Defendant and Third-Party Plaintiff-Appellant. Environmental Protection Services, Inc., Third-Party Defendant-Respondent. [705 NYS2d 547] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Elliott, J. (Appeal from Order of Supreme Court, Onondaga County, Elliott, J.—Indemnification.) Present—Hayes, J. P., Hurlbutt, Scudder and Kehoe, JJ.